THE STATE OF OHIO, APPELLANT, *v*. CAULLEY, APPELLEE.

[Cite as *State v. Caulley,* 136 Ohio St.3d 325, 2013-Ohio-3673.]

*Court of appeals' judgment affirmed on the authority of* State v. Forrest.

(No. 2012-1974—Submitted August 21, 2013—Decided September 5, 2013.)

APPEAL from the Court of Appeals for Franklin County,

No. 12AP-100, 2012-Ohio-2649.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Forrest*, 136 Ohio St.3d 134, 2013-Ohio-2409, 991 N.E.2d 1124.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent.

_____

Ron O'Brien, Franklin County Prosecuting Attorney, and Seth L. Gilbert, Assistant Prosecuting Attorney, for appellant.

Timothy Young, Ohio Public Defender, and Kimberly S. Rigby, Assistant Public Defender, for appellee.

_____